IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD SMITH, | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 22-4739 |
| TROOPER JOHN STEPANSKI, | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this **12th** day of **August 2024**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 26), Defendant's Memorandum of Law in Further Support of its Motion for Summary Judgment (ECF No. 33), Plaintiff's Response in Opposition (ECF No. 34), and Defendant's Reply to Plaintiff's Response in Opposition (ECF No. 35), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion (ECF No. 26) is **GRANTED**, and accordingly, judgment is entered in favor of Defendant and against Plaintiff.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

_/s/ Kai N. Scott_
**HON. KAI N. SCOTT**
**United States District Court Judge**